Dismissed and Memorandum Opinion filed May 29, 2008








Dismissed
and Memorandum Opinion filed May 29, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00260-CV

____________

 

CLARENCE DEE JOHNSON,
Appellant

 

V.

 

CHARMION MILLIGAN,
Appellee

 



 

On Appeal from the 257th District
Court

Harris County, Texas

Trial Court Cause No.
2007-01535

 



 

M E M O R
A N D U M   O P I N I O N

This is
an attempted appeal from an order signed March 17, 2008.  The clerk=s record was filed on April 16,
2008.  The record before this court contains no appealable order.  The validity
of a contempt judgment is not appealable and can be attacked only collaterally
by writ of habeas corpus.  See Ex parte Williams, 690 S.W.2d 243,
243 n. 1 (Tex.1985).  See also McCoy v. McCoy, 908 S.W.2d 42 (Tex. App. B Houston [1st Dist.] 1995, no pet.).








On April
22, 2008, notification was transmitted to the parties of this court=s intention to dismiss the appeal for
want of jurisdiction unless appellant filed a response demonstrating grounds
for continuing the appeal on or before May 8, 2008.  See Tex. R. App. P. 42.3(a).

Appellant
filed no response.  Accordingly, the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 29,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.